## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT C. LONG, SR. & <br> JANET V. LONG, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| BRISTOL TOWNSHIP, *et al.*, | : <br> : <br> : | NO.   10-1069 |
| Defendants. | : | |

### ORDER

**AND NOW**, this *14th* day of *August*, 2012, upon consideration of Plaintiffs' Motion to Amend Complaint (Docket No. 63), and Defendants' Response in Opposition to Plaintiffs' Motion to Amend Complaint (Docket No. 64), it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_S/ RONALD L. BUCKWALTER_
RONALD L. BUCKWALTER, S.J.